IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROGELIO GUZMAN FUENTEZ, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR DEPORTATION <br><br><br> Case No. 1:08-CR-91 TS |

On February 12, 2009, Defendant was sentenced to 41 months custody with the Bureau of Prisons. Defendant now seeks deportation under Arizona Revised Statute 41-1604.14. That provision allows for the early release and deportation of prisoners, if certain requirements are met. Because the Arizona statute does not apply to this proceeding, Defendant's Motion (Docket No. 15) must be DENIED.

DATED   October 12, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge