IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROGELIO GUZMAN FUENTEZ, <br><br> Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR DEPORTATION <br><br><br> Case No. 1:08-CR-91 TS |

On February 12, 2009, Defendant was sentenced to 41 months custody with the Bureau of Prisons. Defendant seeks deportation under Arizona Revised Statute 41-1604.14, which allows for the early release and deportation of prisoners, if certain requirements are met. This is Defendant's second such request.

As previously explained, the Arizona statute does not apply to this proceeding. This is a federal court and Defendant's conviction was obtained under federal law. Arizona law has no bearing on this proceeding and Defendant's reliance on Arizona law is misplaced.

It is therefore

ORDERED that Defendant's Motion (Docket No. 17) is DENIED.

DATED   July 6, 2011.

                    BY THE COURT:

                    _____
                    TED STEWART
                    United States District Judge